CHARLES P. BEST, Appellant, v. EASTMAN KODAK COMPANY,
Respondent.

*Best* v. *Eastman Kodak Co.*, 102 App. Div. 621, affirmed.
(Argued November 25, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 21, 1905, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint at an Equity Term
in an action to restrain the continuance of an alleged nuisance
and for past damages.

*Louis E. Fuller* for appellant.

*Walter S. Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WILLARD
BARTLETT and CHASE, JJ.   Not sitting: WERNER, J.

---

MARGARET GLEASON, as Administratrix of the Estate of DEN-
NIS GLEASON, Deceased, Respondent, v. THE DELAWARE,
LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Gleason* v. *Delaware, L. & W. R. R. Co.*, 115 App. Div. 896, affirmed.
(Argued November 25, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 23, 1906, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for the death of plaintiff's
intestate alleged to have been caused by defendant's negligence.

*William S. Jenney* for appellant.

*George W. Driscoll* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WILLARD
BARTLETT and CHASE, JJ.   Dissenting: WERNER, J.